# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1473

_____

Barbara Kaminski,                              *
                                               *
              Appellant,                       *
                                               *
       v.                                      *
                                               *
Baxter County, Arkansas; John Doe,             *
#1-#10, who are or were deputies               *
and/or agents of Baxter County                 *
Sheriff's Department, in their official        *
capacity and in their individual               *
capacity,                                      *
                                               *
              Appellees.                       *
                                               *

_____

No. 98-2056                    Appeals from the United States
                               District Court for the
_____                    Western District of Arkansas.
                                    [UNPUBLISHED]

Barbara Kaminski,                              *
                                               *
              Appellant,                       *
                                               *
       v.                                      *
                                               *
Baxter County, Arkansas,                       *
                                               *
              Defendant-Appellee,              *
                                               *
John Doe, #1-#10, who are or were              *

deputies and/or agents of the Baxter    *
County Sheriff's Department, in          *
their official capacity and in their     *
individual capacity,                     *
                                         *
        Defendants-Appellees.    *
                      _____

              Submitted:  October 15, 1998

                 Filed:  November 2, 1998
                      _____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.
                      _____

PER CURIAM.

    In these consolidated appeals, Barbara Kaminski appeals the district court's[1] adverse grant of summary judgment in her 42 U.S.C. § 1983 action stemming from a search of her house and the denial of her motion to reconsider. Having reviewed the record and the parties' briefs, we conclude that the district court did not err. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.


    A true copy.


        Attest:


             CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable H. Franklin Waters, United States District Judge for the Western District ofArkansas.